IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. WALSH, III  *Plaintiff Pro se* | : : : | CIVIL ACTION |
| v. | : : | |
| JUDGE ROBERT MARIANI, *et al.*  *Defendants* | : : | NO. 16-1269 |

# ORDER

AND NOW, this 12th day of July, 2016, upon consideration of Plaintiff John R. Walsh, III's motion to proceed *in forma pauperis* (Document No. 2) and his *pro se* complaint (Document No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** with prejudice for the reasons stated in the Court's memorandum.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*